■ GARY M. HUGELMAIER, Appellant, v TOWN OF SWEDEN et

al., Defendants, and COUNTY OF MONROE, Respondent. (Appeal No. 3.)—Order unanimously affirmed without costs. Same memorandum as in *Hugelmaier v Town of Sweden* ([appeal No. 1] 144 AD2d 934 [decided herewith]). (Appeal from order of Supreme Court—Monroe County, Patlow, J.—set aside verdict.) Present—Doerr, J. P., Boomer, Pine, Balio and Davis, JJ.